1  Michael S. Agruss (SBN: 259567)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd., Suite 170
   Los Angeles, CA  90025
3  Tel: 323-988-2400 x235
   Fax: 866-583-3695
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  SHUNDRIKA DANIEL

6       **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,
                          SACRAMENTO DIVISION**
7

8  SHUNDRIKA DANIEL,                    )  **Case No.:**
                                        )
9             Plaintiff,                )  **COMPLAINT AND DEMAND FOR
                                        )  JURY TRIAL**
10       v.                             )
                                        )  **(Unlawful Debt Collection Practices)**
11 NCO FINANCIAL SYSTEMS, INC.,         )
                                        )
12            Defendant.                )
                                        )
13

14              **PLAINTIFF'S COMPLAINT**

15       SHUNDRIKA DANIEL (Plaintiff), through her attorneys, KROHN & MOSS, LTD.,

16 alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

17                   **INTRODUCTION**

18  1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15

19      U.S.C. 1692 et seq.* (FDCPA).

20              **JURISDICTION AND VENUE**

21  2.  Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

22      actions may be brought and heard before "any appropriate United States district court

23      without regard to the amount in controversy."

24  3.  Defendant conducts business in the state of California, and therefore, personal

25      jurisdiction is established.

    4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

                          - 1 -

5.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6.  Plaintiff is a natural person residing in Lithonia, DeKalb County, Georgia.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see Plaintiff's call log attached as group Exhibit A).

12. Defendant called Plaintiff before 8:00 a.m. and after 9:00 p.m.

13. Defendant calls Plaintiff at her work, despite being told not to call Plaintiff at her work.

14. Defendant failed to identify itself as a debt collector in subsequent communications.

15. Defendant failed to send Plaintiff a debt validation letter.

16. Defendant threatened to file a lawsuit against Plaintiff, but has not done so.

17. Defendant threatened to garnish Plaintiff's wages, but has not done so.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

a.  Defendant violated *§1692c(a(1)* of the FDCPA by calling Plaintiff before 8:00 a.m. and after 9:00 p.m.

b.  Defendant violated *§1692c(3)* of the FDCPA by calling Plaintiff at her job even though Defendant knew, because Plaintiff told Defendant, that Plaintiff's employer did not allow her to receive calls at work.

c.  Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

d.  Defendant violated *§1692e(4)* of the FDCPA by threatening to garnish Plaintiff's wages even though Defendant did not intend to take such action.

e.  Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant did not intend to take such action.

f.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff when Defendant did not intend to do so.

g.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to garnish Plaintiff's wages when Defendant did not intend to do so.

h.  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

i.  Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the

PLAINTIFF'S COMPLAINT

validity of the debt, or any portion thereof, the debt will be assumed to be valid

by the debt collector; (4) a statement that if the consumer notifies the debt

collector in writing within the 30-day period that the debt, or any portion thereof,

is disputed, the debt collector will obtain verification of the debt or a copy of a

judgment against the consumer and a copy of such verification or judgment will

be mailed to the consumer by the debt collector; and (5) a statement that, upon

the consumer's written request within the 30-day period, the debt collector will

provide the consumer with the name and address of the original creditor, if

different from the current creditor.

19. As a direct and proximate result of one or more or all of the statutory violations above

Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, SHUNDRIKA DANIEL, respectfully requests judgment be entered

against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection

Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

*15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SHUNDRIKA DANIEL, demands a jury trial in

this cause of action.

- 4 -

PLAINTIFF'S COMPLAINT

1

RESPECTFULLY SUBMITTED,

2          DATED:  January 14, 2009                KROHN & MOSS, LTD.

3

4                                         By: /s/ Michael s. Agruss            _

5                                             Michael S. Agruss
                                              Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF GEORGIA

Plaintiff, SHUNDRIKA DANIEL, states as follows:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SHUNDRIKA DANIEL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _1 - 11 - 09_

_____
SHUNDRIKA DANIEL

- 6 -

PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

**<u>EXHIBIT A</u>**

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

# Here are some days & times that NCO called my phone

## March 2008

03/25 09:08 AM 800-220-2274
03/25 10:42 AM 800-220-2274

03/26 05:26 PM 800-220-2274
03/26 11:07 PM 800-220-2274

03/27 12:41 PM 800-220-2274
03/27 05:43 PM 800-220-2274
03/27 05:53 PM 800-220-2274

03/28 01:19 PM 800-220-2274
03/28 06:17 PM 800-220-2274
03/28 06:28 PM 800-220-2274
03/28 06:44 PM 800-220-2274
03/28 08:23 PM 800-220-2274

03/29 08:16 AM 866-816-1066
03/29 08:25 AM 866-816-1066
03/29 08:55 AM 866-816-1066
03/29 08:57 AM 866-816-1066
03/29 09:08 AM 800-220-2274
03/29 09:29 AM 800-220-2274
03/29 12:32 PM 800-709-8625
03/29 01:09 PM 800-709-8625
03/29 02:01 PM 800-709-8625
03/29 03:11 PM 800-709-8625
03/29 07:52 PM 800-709-8625

03/30 10:53 AM Unavailable
03/30 04:44 PM Unavailable
03/30 08:39 PM 800-709-8625

03/31 01:48 PM 800-709-8625
03/31 02:13 PM 800-709-8625
03/31 06:43 PM Unavailable
03/31 07:01 PM Unavailable
03/31 07:06 PM 800-220-2274
03/31 08:02 PM 800-709-8625
03/31 08:03 PM Unavailable

04/02 08:35 PM 800-220-2274
04/02 08:40 PM 800-220-2274
04/02 09:14 PM 800-220-2274
04/02 10:03 PM 800-220-2274
04/02 11:09 PM 800-220-2274

04/03 08:37 AM Unavailable
04/03 02:28 PM 866-816-1066
04/03 02:31 PM 866-816-1066
04/03 06:46 PM 866-816-1066
04/03 07:07 PM 800-220-2274
04/03 08:20 PM 866-816-1066
04/03 09:38 PM 800-220-2274
04/03 09:51 PM 866-816-1066

04/04 09:01 AM Unavailable
04/04 09:09 AM Unavailable
04/04 09:18 AM 866-816-1066
04/04 03:30 PM 866-816-1066
04/04 07:34 PM 800-220-2274
04/04 08:36 PM 800-220-2274

04/05 07:21 AM 800-220-2274
04/05 01:32 PM 800-220-2274
04/05 02:25 PM 866-816-1066
04/05 05:12 PM 866-816-1066
04/05 05:27 PM 866-816-1066
04/05 05:58 PM 800-220-2274


04/06 09:24 AM 866-816-1066
04/06 09:45 AM 800-220-2274
04/06 10:05 AM 800-220-2274
04/06 10:16 AM 800-220-2274


04/23 08:41 AM 866-816-1066
04/23 09:05 AM 800-220-2274
04/23 01:01 PM 866-816-1066
04/23 04:41 PM 866-816-1066

**May 2008**

05/01 09:57 AM Unavailable
05/01 10:45 AM 800-220-2274

05/03 02:30 PM 800-220-2274
05/03 11:43 PM 800-220-2274
05/03 11:56 PM 800-220-2274

05/04 11:10 AM 800-220-2274
05/04 05:40 PM 866-816-1066
05/04 05:48 PM 866-816-1066
05/04 05:54 PM Unavailable

05/06 11:32 AM Unavailable
05/06 04:04 PM 800-709-8625
05/06 08:17 PM 800-709-8625
05/06 10:48 PM 800-709-8625

05/12 10:23 AM 800-709-8625
05/12 12:30 PM 800-709-8625
05/12 03:45 PM 800-220-2274

05/26 10:18 AM 866-816-1066
05/26 10:25 AM 800-709-8625
05/26 12:41 PM 800-709-8625

## June 2008

06/10 12:39 PM 866-816-1066
06/10 12:53 PM 800-220-2274
06/10 03:50 PM 800-220-2274

06/15 09:50 AM 800-220-2274
06/15 10:23 AM 866-816-1066
06/15 12:35 PM 800-709-8625
06/15 05:20 PM 800-220-2274

06/24 10:23 AM 800-709-8625
06/24 10:55 AM 866-816-1066
06/24 12:45 PM 866-816-1066
06/24 03:30 PM 866-816-1066
06/24 04:12 PM 800-220-2274
06/24 06:53 PM 800-220-2274
06/24 07:28 PM 800-709-8625
06/24 08:14 PM 866-816-1066
06/24 09:20 PM 800-709-8625
06/24 10:15 PM 800-220-2274

**April 2008**

04/01 09:10 AM 800-709-8625
04/01 09:45 AM Unavailable
04/01 10:49 AM 800-709-8625
04/01 12:28 PM 800-220-2274
04/01 12:40 PM 800-220-2274
04/01 01:24 PM 800-220-2274
04/01 02:27 PM Unavailable
04/01 03:56 PM Unavailable
04/01 04:51 PM Unavailable
04/01 07:03 PM 800-709-8625
04/01 08:02 PM Unavailable
04/01 08:26 PM 800-220-2274
04/01 08:48 PM 800-220-2274
04/01 09:37 PM Unavailable
04/01 10:56 PM 800-220-2274
04/01 11:13 PM 800-220-2274

04/02 07:38 AM 800-220-2274
04/02 12:50 PM 800-220-2274
04/02 06:47 PM 800-220-2274
04/02 08:30 PM 800-220-2274
04/02 08:34 PM 800-220-2274
04/02 08:35 PM 800-220-2274
04/02 08:40 PM 800-220-2274
04/02 09:14 PM 800-220-2274
04/02 10:03 PM 800-220-2274
04/02 11:09 PM 800-220-2274

04/03 08:37 AM Unavailable
04/03 02:28 PM 866-816-1066
04/03 02:31 PM 866-816-1066
04/03 06:46 PM 866-816-1066
04/03 07:07 PM 800-220-2274
04/03 08:20 PM 866-816-1066
04/03 09:38 PM 800-220-2274
04/03 09:51 PM 866-816-1066

04/04 09:01 AM Unavailable
04/04 09:09 AM Unavailable
04/04 09:18 AM 866-816-1066
04/04 03:30 PM 866-816-1066
04/04 07:34 PM 800-220-2274
04/04 08:36 PM 800-220-2274

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT B**

PLAINTIFF'S COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — (YES) NO
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — (YES) NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____
_____
_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 1-14-09

Signed Name

Shundrika Daniel
Printed Name