Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUNDRIKA DANIEL, | Case No. 09-CV-00130-GEB-GGH |
| Plaintiff, | |
| vs. | STIPULATION TO VACATE THE JUDGMENT AND DISMISS THE ACTION WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, SHUNDRIKA DANIEL, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 14, 2009.  NCO filed its responsive pleading on February 13, 2009.  SHUNDRIKA DANIEL filed a Notice of Acceptance of NCO's Offer of Judgment on April 9, 2009.  The Court closed the case pursuant to the accepted offer of judgment on April 14, 2009.  The parties subsequently resolved the action in its

entirety. As part of said resolution, the parties agree to vacate the judgment and dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 5/26/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 5/26/09         KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Shundrika Daniel

IT IS SO ORDERED.

Dated: 5/29/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation to Dismiss With Prejudice

2